UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19 CR 357 HEA |
| WAYLON GIBSON, | ) ) ) |
| Defendant. | ) ) |

## DETENTION ORDER

On July 25, 2019, defendant WAYLON GIBSON came before the court with counsel for a hearing on the appropriate conditions for defendant's release. Neither the government nor the Court moved for the defendant's pretrial detention. However, because defendant has no prospect of reliable residence, knowing that a detention order would be issued, with the advice of counsel, defendant Gibson orally and voluntarily waived his right to be released from custody under the Bail Reform Act of 1986, 18 U.S.C. § 3142.

Thereupon,

**IT IS HEREBY ORDERED** that defendant WAYLON GIBSON is committed to the custody of the custody of the United States Marshals Service until further order. This detention order will be reconsidered upon motion of the defendant.

**IT IS FURTHER ORDERED** that defendant be confined in a corrections facility, separate, to the extent practicable, from persons awaiting trial, serving sentences, or being held in custody pending appeal. Defendant must be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                             **/S/   David D. Noce**
                                         **UNITED STATES MAGISTRATE JUDGE**

Signed on July 26, 2019.